UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 5 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | Case No. 4:18-mj-71305-MAG-1 (DMR) |
|---|---|
| v. | |
| TYRONE CURTIS HILL, | Charging District: Western District of Michigan, Southern Division, Grand Rapids |
| Defendants. | |
| | Charging District's Case No.: 1:18-cr-191 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court Western District of Michigan, Southern Division, Grant Rapids 110 Michigan Street, NW Grant Rapids, MI 49503 | Courtroom No.: Magistrate Judge Phillip J. Green's Courtroom |
|---|---|
| | Date and Time: October 10, 2018 2:00 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: September 25, 2018

_____
Donna M. Ryu
United States District Judge

cc: Copy to parties via ECF, Pret. Svcs., Chambers of Mag. Phillip J. Green

Transfer_No-Custody_CR_AO 467_CSA
rev. August 2018